01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08   UNITED STATES OF AMERICA,            )
                                          )   CASE NO. CR14-058-RSL
09          Plaintiff,                    )
                                          )
10          v.                            )   SUPPLEMENTAL
                                          )   DETENTION ORDER
11   ANDRES ROA DOMINGUEZ                 )
            a/k/a Prospero Sanchez,       )
12                                        )
            Defendant.                    )
13   _____   )

14   Offense charged:        Conspiracy to Distribute Heroin and Methamphetamine; Possession of

15   Heroin and Methamphetamine with Intent to Distribute

16   Date of Detention Hearing:    June 16, 2014.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably

20   assure the appearance of defendant as required and the safety of other persons and the

21   community.

22   / / /

SUPPLEMENTAL
DETENTION ORDER
PAGE -1

01            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02            1.      Defendant has been charged with a drug offense, the maximum penalty of which

03      is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04      both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05            2.      Defendant was ordered detained by order of this Court on March 4, 2014, based

06      on information that an immigration detainer had been filed.   Subsequently, it was determined

07      that defendant did have legal immigration status as a legal permanent resident under his true

08      name, Prospero Sanchez Rosado.   Therefore, the Court found it appropriate to revisit the issue

09      of defendant's detention status pending trial.

10            3.      The Court finds defendant poses a risk of nonappearance due to use of different

11      names, dates of birth and social security numbers.   The defendant apparently has Washington

12      State Drivers licenses in both names, and has applied for business licenses under the assumed

13      name.   Defendant gave a false name to law enforcement when arrested.   He has strong family

14      ties to Mexico, where his mother and 7 siblings reside.   He and his girlfriend are both citizens

15      of Mexico. It is likely defendant would be deported if convicted, and he faces a mandatory

16      minimum term of five years. Defendant poses a risk of danger to the community due to the

17      nature of the charges, and the presence of firearms, false identification documents, and body

18      armor found in a search of his residence.

19            4.      Taken as a whole, the record does not effectively rebut the presumption that no

20      condition or combination of conditions will reasonably assure the appearance of the defendant

21      as required and the safety of the community.

22      / / /

SUPPLEMENTAL
DETENTION ORDER
PAGE -2

01 It is therefore ORDERED:

02    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

03        General for confinement in a correction facility separate, to the extent practicable, from

04        persons awaiting or serving sentences or being held in custody pending appeal;

05    2.  Defendant shall be afforded reasonable opportunity for private consultation with

06        counsel;

07    3.  On order of the United States or on request of an attorney for the Government, the

08        person in charge of the corrections facility in which defendant is confined shall deliver

09        the defendant to a United States Marshal for the purpose of an appearance in connection

10        with a court proceeding; and

11    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

12        for the defendant, to the United States Marshal, and to the United State Pretrial Services

13        Officer.

14        DATED this 16th day of June, 2014.

15

16        _____

17        Mary Alice Theiler
          Chief United States Magistrate Judge

18

19

20

21

22

SUPPLEMENTAL
DETENTION ORDER
PAGE -3